# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-13-1596-R                              **DATE:** MAY 1, 2013

**TITLE:** LA TOYA HICKS -V- LOS ANGELES POLICE DEPT. etc et al

================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                                    Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PERSONAL JURISDICTION

THIS MATTER IS SET ON CALENDAR FOR HEARING ON MAY 13, 2013 AT 10:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF FEDERAL JURISDICTION.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND MAY RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                          Initials of Deputy Clerk__WH____
**CIVIL - GEN**                              D-M